# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | CIVIL ACTION NO. 25-cv-02313 EGS |
| v. | |
| SHAHNAWAZ MATHIAS, a/k/a Shah Mathias, et al. | |
| Defendants. | |

**ATTORNEY AFFIDAVIT IN SUPPORT OF PLAINTIFF'S**
**APPLICATION FOR ENTRY OF DEFAULT AGAINST**
**DEFENDANTS SHAHNAWAZ MATHIAS, AMERI METRO, INC.,**
**PENNDEL LAND DEVELOPMENT CO., AND HSRF TRUST**

Pursuant to 28 U.S.C. § 1746(2), I, Judson T. Mihok, declare under penalty of perjury that the following facts are true and correct to the best of my personal knowledge, except where otherwise indicated, and if called as a witness, I could and would testify thereto:

1.    I am a Senior Trial Counsel with the Securities and Exchange Commission ("SEC") and an attorney of record in this case.

2.    I am an attorney licensed to practice law in the State of New York, and the State of Maryland.

3.    I submit this declaration in support of the SEC's Application for Entry of Default against Defendants Shahnawaz Mathias ("Mathias"), Ameri Metro, Inc. ("Ameri Metro"), Penndel Land Development Co. ("Penndel"), and HSRF Trust ("HSRF") (collectively "Defendants").

4.    The above-captioned case was commenced on July 18, 2025, with the filing of a summons, complaint, and other associated filings. *See* Doc. Nos. 1-4.

5.    Service of a summons and the complaint was made on Defendants in the following manner and on the following dates:

a.  Mathias: by serving Ms. Tracie Snyder, property manager, at 2575 Eastern Boulevard, East York, PA 17402 on August 26, 2025.  ECF No. 12.

b.  Ameri Metro: by serving registered agent Incorporating Services, Ltd., at 3500 S. Dupont Hwy, Dover, DE 19901 on July 22, 2025.  ECF No. 5.

c.  Penndel: by serving Ms. Tracie Snyder, property manager, at 2575 Eastern Boulevard, East York, PA 17402 on August 26, 2025.  ECF No. 13.

d.  HSRF: by serving registered agent Robert Bole at 52 John Wayne Lane, Powell, WY 82435 on August 3, 2025.  ECF No. 7.

6.    Under Section 22(a) of the Securities Act of 1933 [15 U.S.C. § 77v(a)], Section 27(a) of the Securities Exchange Act of 1934 [15 U.S.C. § 78aa(a)], and Fed. R. Civ. P. 4(h)(1)(B) and 4(e)(1), Defendants were properly served.  As established in the complaint, Defendants' filings were made with the Commission in D.C.  ECF No. 1 at ¶¶ 2-4, 8.

7.    Defendant Mathias's responsive pleading was due on March 17, 2026, which was 14 days after the Court denied his motion to dismiss.  See Fed. R. Civ. P. 12(a)(4)(A); ECF No. 14.  The responsive pleadings of Defendants Ameri Metro, Penndel, and HSRF (collectively, the "Entity Defendants") were due twenty-one days after service of the summons and complaint. See Fed. R. Civ. P. 12(a).  As a result, the Entity Defendants should have filed responsive pleadings on or before the following dates: Ameri Metro by August 12, 2025; HSRF by August 25, 2025; and Penndel by September 16, 2025.

2

8. Even though Defendants' respective deadlines to answer have passed, the docket in this case indicates that Defendants have not filed any responsive pleading, nor have they served the SEC with one. Further, Defendants have not requested additional time to respond.

9. On March 19, 2026, the SEC served its first set of document requests, interrogatories, and requests for admission on Defendants, and requested that Defendants respond by April 21. Defendants similarly failed to respond to these discovery requests.

10. Based upon my knowledge and belief, Defendant Mathias is a resident of Pennsylvania and approximately 66 years old. *See* ECF No. 1 ¶ 11.

11. Based on my knowledge and belief, Defendant Mathias is not a minor and has not been ruled mentally incompetent.

12. Further, as appears from the facts in this litigation and the Commission's review of an electronic military service database, Defendant Mathias is not in the military service of the United States or its Allies, that is to say Defendant Mathias is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and Defendant Mathias is not on active duty with any branches aforesaid, nor is Defendant Mathias under training or education under the supervision of the United States preliminary to induction in to the military services; and Defendant Mathias is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has Defendant Mathias been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is Defendant Mathias a member of the Enlisted Reserve Corps ordered to report for military service.

3

13.    Defendant has failed to reply as required by Federal Rule of Civil Procedure 12(a).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2026

Judson T. Mihok
New York State Bar No. 2868446
Gregory R. Bockin
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
Phone: 215-597-6500
Fax: 215-597-2740
Email: mihokj@sec.gov

4