## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

                     **Plaintiff,**

      **v.**

SHAHNAWAZ MATHIAS,
a/k/a Shah Mathias, et al.

                   **Defendants.**

**CIVIL ACTION NO. 25-cv-02313 EGS**

### PLAINTIFF'S SECOND APPLICATION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT SHAHNAWAZ MATHIAS

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a), Plaintiff Securities and Exchange Commission (the "Commission" or "SEC") requests that the Clerk enter the default of Defendant Shahnawaz Mathias ("Mathias").

### Procedural Background

The SEC filed the complaint charging Mathias and his entities with various violations of the securities laws on July 18, 2025. ECF No. 1. On August 26, 2025, a copy of the summons and the complaint were served on Mathias by serving Ms. Tracie Snyder, property manager, at 2575 Eastern Boulevard, East York, PA 17402. ECF No. 12. Mathias's responsive pleading would have been due September 16, 2025, twenty-one days after service. See Fed. R. Civ. P. 12(a)(1)(A)(i).

However, Mathias filed a *pro se* motion to dismiss on August 4, 2025. ECF No. 8. After the Court denied Mathias's motion on March 3, 2026, ECF No. 14, Mathias had 14 days to answer the complaint. Fed. R. Civ. P. 12(a)(4)(A); Attorney Affidavit (attached hereto as Exhibit 1) ¶ 7. Mathias failed to timely answer the complaint. *Id*. ¶¶ 7, 9.

Mathias then filed a second motion on March 20, 2026, this one for relief from this Court's March 3rd Order and to dismiss the complaint for insufficient service of process, or in the alternative, to quash service. ECF No. 17.[1]

On May 12, 2026, while that motion was pending, the SEC filed an Application for Entry of Clerk's Default Against Defendants Shahnawaz Mathias, Ameri Metro, Inc., Penndel Land Development Co., and HSRF Trust. ECF No. 18. The next day, the Clerk entered Defaults against Defendants Ameri Metro, Inc., Penndel Land Development Co., and HSRF Trust, but not Mathias. ECF Nos. 19-21. As of the date of this filing, no attorney has filed a notice of appearance on behalf of Defendants Ameri Metro, Inc., Penndel Land Development Co., and HSRF Trust. Ex. 1 at ¶ 10. In addition, no attorney has moved to vacate the Clerk's Defaults entered on May 13, 2026. *Id.*

On June 9, 2026, the Court entered a Memorandum Opinion and Order denying Mathias's motion for relief from the Court's March 3rd Order and to dismiss the complaint for insufficient service of process. ECF Nos. 17, 24. As this Court found, personal service upon the property manager at the office listed and acknowledged for Mathias, 2575 Eastern Boulevard, East York, PA 17402, was proper and sufficient under Fed. R. Civ. P. 4(e)(1) and 231 Pennsylvania Code § 402(a)(2)(iii).[2] ECF No. 24 at 6.

---

[1] The declaration attached to this second *pro se* motion reflects that it was executed on March 18, 2026, at 2575 Eastern Blvd., Ste 101, York PA 17402. ECF No. 17 at 14. This is the same location where Defendants Mathias and Penndel were served on August 26, 2025 by serving the property manager at that location. ECF Nos. 12, 13.

[2] As an initial ground for denying the relief sought, this Court found that Mathias waived insufficient service of process as a ground for dismissal under Fed. R. Civ. P. 12(g)(2) by not amending his initial motion to dismiss to include such argument after he had been served. ECF No. 24 at 4-5.

An additional three weeks have passed since this Court denied Mathias's second motion and Mathias has still not answered the complaint. *Id*. ¶ 9. And he has not requested additional time to do so. *Id*. Defendant was properly served, and there are no exceptions for relief from default that apply. *See id*. ¶¶ 5-6, 12-14.[3]

Accordingly, Mathias was properly served and has failed to answer the SEC's complaint. Mathias has also failed to defend this action by refusing: (1) to meet and confer and file a Rule 26(f) Report and proposed case schedule; and (2) to respond to the SEC's first set of document requests, interrogatories, and requests for admission. Further, based on available records, Mathias is a resident of Pennsylvania, 66 years old, not adjudicated mentally incompetent, and not a member of the military service of the U.S. or its Allies. Ex. 1 at 14.

## Conclusion

The Commission requests that a default be entered by the clerk as to Mathias.

Upon the clerk's entry of default, the Commission will move the Court for a default judgment as to all Defendants pursuant to Fed. R. Civ. P. 55(b)(2).

Dated: July 1, 2026                    Respectfully submitted,

                                       SECURITIES AND EXCHANGE COMMISSION

                                        /s/ *Gregory R. Bockin*
                                       Gregory R. Bockin (DC Bar No. 450885)
                                       Judson T. Mihok
                                       Philadelphia Regional Office
                                       1617 JFK Blvd., Suite 520
                                       Philadelphia, PA 19103
                                       (215) 597-3100
                                       (215) 597-2740 (fax)
                                       bocking@sec.gov
                                       mihokj@sec.gov

---

[3] As noted in the Commission's initial application for entry of clerk's default, Mathias has failed to participate in this case in other ways. ECF No. 18 at 3.

3

*Counsel for Plaintiff*
*Securities and Exchange Commission*

4

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on July 1, 2026, I caused to be served a true and correct copy of the

foregoing Plaintiff's Second Application for Entry of Clerk's Default in the following manners:

<u>**Via email**</u>:

<u>Defendants Mathias, Ameri Metro, Penndel, and HSRF</u>:
shahmathias@yahoo.com

<u>**And via mail to the following addresses**</u>:

<u>Defendants Mathias, Ameri Metro, Penndel, and HSRF</u>:
P.O. Box 163
Red Lion, PA 17356

<u>Defendants Mathias, Ameri Metro, Penndel, and HSRF</u>:
2575 Eastern Boulevard
York, PA 17402

<u>Defendant HSRF</u>:
c/o Registered Agent Robert Bole
1735 Sheridan Ave., Suite 224
Cody, WY 82414

*/s/ Gregory R. Bockin*
Counsel for Plaintiff
